# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    **Plaintiff,**<br><br>V.<br><br>STEVEN RICHARD CARPENTER,<br>    **Defendant.** | CRIMINAL ACTION NO. 6:04-58-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. (DE 64). No objections have been filed. The Court has reviewed the Recommended Disposition and **ORDERS** that its factual findings and legal conclusions are **ADOPTED** as and for the opinion of the Court.

As to the recommended sentence, the Court will take it under advisement pending the Defendant's exercise of his right of allocution. The Court **FURTHER ORDERS** that sentencing in this matter **SHALL TAKE PLACE on July 31, 2014 at 11:30 in LEXINGTON, Kentucky.**

Dated July 14, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY