UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>STEVEN RICHARD CARPENTER,<br>    Defendant. | CRIMINAL ACTION NO. 6:04-58-KKC<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. (DE 64). No objections have been filed. The Court has reviewed the Recommended Disposition and **ORDERS** that its factual findings and legal conclusions are **ADOPTED** as and for the opinion of the Court.

The defendant has waived his right of allocution. Accordingly, **IT IS ORDERED** that the hearing for his sentencing scheduled on July 31, 2014 is **SET ASIDE**, and the United States Probation Office is directed to prepare a judgment in accordance with the Magistrate Judge's opinion.

Dated July 28, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY